1  Raul Perez (SBN 174687)
   Raul.Perez@capstonelawyers.com
2  Orlando Villalba (SBN 232165)
   Orlando.Villalba@capstonelawyers.com
3  Helga Hakimi (SBN 257381)
   Helga.Hakimi@capstonelawyers.com
4  CAPSTONE LAW APC
   1875 Century Park East, Suite 1000
5  Los Angeles, California 90067
   Telephone:    (310) 556-4811
6  Facsimile:    (310) 943-0396

7  Attorneys for Plaintiff Gabriela Soto Hurtado

8                      UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10 | GABRIELA SOTO HURTADO, individually, | Case No. 5:21-cv-04894-VKD
11 | and on behalf of other members of the general public similarly situated, | Assigned to the Hon. Beth Labson Freeman
12 | Plaintiff, | **[AMENDED PROPOSED] ORDER GRANTING AMENDED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION AND PAGA SETTLEMENT**
13 | vs. |
14 | |
15 | SWEET EARTH, INC., a Delaware corporation; and DOES 1 through 10, inclusive, | Date:  January 18, 2024
   | | Time:  9:00 a.m.
16 | | Place: Courtroom 3
   | Defendants. |
17

**ORDER**

On January 18, 2024, this Court conducted a hearing on Plaintiff's Amended Motion for Preliminary Approval of the Class Action and PAGA Settlement (the "Motion"). Having considered the Motion and the points and authorities submitted in support of the Motion, including the Joint Stipulation of Class Action and PAGA Settlement and Release ("Settlement Agreement" or "Settlement"), and **GOOD CAUSE** appearing, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**, subject to the following findings and orders:

1. This Order incorporates by reference the Settlement Agreement, and unless indicated otherwise, all capitalized terms used herein will have the same meaning as set forth in the Settlement Agreement.

2. The Settlement Class shall be conditionally certified for settlement purposes only and shall consist of all persons employed in California by Defendant as hourly-paid employees at any time during the period from May 27, 2017 through May 21, 2022.

3. The class action and PAGA settlement set forth in the Settlement Agreement, entered into among the Parties and their counsel, is preliminarily approved as it appears to be proper, to fall within the range of reasonableness, to be the product of arm's-length and informed negotiations, to treat all Class Members and PAGA Members fairly, and to be presumptively valid, subject only to any objections that may be raised at or before the final approval hearing.

4. The Court further finds that Plaintiff conducted extensive investigation and research, and that she was able to reasonably evaluate her position and the strengths and weaknesses of her claims and her ability to certify them. Plaintiff has provided the Court with enough information about the nature and magnitude of the claims being settled, as well as the impediments to recovery, to make an independent assessment of the reasonableness of the terms to which the Parties have agreed.

5. The Court also finds that settlement now will avoid additional and potentially substantial litigation costs, as well as delay and risks if the Parties were to continue to litigate the Action.

6. The Court preliminarily approves the Settlement Agreement, including all the terms and conditions set forth therein and the Gross Settlement Amount and allocation of payments.

7. The rights of any potential dissenters to the proposed Settlement are adequately

protected in that they may exclude themselves from the Settlement and proceed with any alleged claims they may have against Defendant, or they may object to the Settlement and appear before this Court. However, to do so they must follow the procedures outlined in the Settlement Agreement and Notice of Class Action Settlement.

8. The Court approves, as to form and content, the proposed Notice of Class Action Settlement ("Class Notice").

9. The Court directs the mailing, by First-Class U.S. mail, of the Class Notices to Class Members in accordance with the schedule set forth below and the other procedures described in the Settlement Agreement. The Court finds that the method selected for communicating the preliminary approval of the Settlement Agreement to Class Members is the best notice practicable under the circumstances, constitutes due and sufficient notice to all persons entitled to notice, and thereby satisfies due process.

10. The Court appoints Plaintiff Gabriela Soto Hurtado as the representative for the Settlement Class conditionally certified by this Order.

11. The Court appoints Capstone Law APC as Class Counsel. The Court finds that counsel have demonstrable experience litigating, certifying, and settling class actions, and will serve as adequate counsel for the Class conditionally certified by this Order.

12. The Court approves and appoints CPT Group, Inc. as the Settlement Administrator.

13. The following dates shall govern for purposes of this Settlement:

| Date | Event |
|---|---|
| February 20, 2024 (or not later than 30 calendar days after the Court grants preliminary approval of the Settlement Agreement, if later) | Last day for Defendant to produce the Class List to the Settlement Administrator. |
| March 1, 2024 (or not later than 10 calendar days after Defendant produces the Class List, if later) | Last day for the Settlement Administrator to mail Class Notices to all Class Members. |
| March 11, 2024 | Last day for Plaintiff to file and serve the Motion for Attorneys' Fees, Costs, and a Class Representative Enhancement Payment. |
| April 15, 2024 (or not later than 45 calendar days after the Settlement Administrator mails the Class Notices, if later) | Last day for Class Members to submit Requests for Exclusion or Objections to the Settlement. |
| May 9, 2024 | Last day for Plaintiff to file and serve the Motion for Final Approval of Class Action Settlement. |

| Date | Event |
|---|---|
| June 13, 2024 at 9:00 a.m. | Hearing on Motion for Final Approval of Class Action Settlement and Motion for Attorneys' Fees, Costs, and a Class Representative Enhancement Payment. |

14. The Court expressly reserves the right to continue or adjourn the final approval hearing without further notice to the Class Members.

**IT IS SO ORDERED.**

Dated: January 18, 2024

Hon. Beth Labson Freeman
United States District Judge